UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHELLE UPTON and DEBORAH TRAGESSER, </br>    Plaintiffs, </br></br> vs. </br></br> JASON HENDERSON, </br>    Defendant. | ) </br> ) </br> ) </br> )     1:07-cv-00957-SEB-TAB </br> ) </br> ) </br> ) </br> ) |

## JUDGMENT

Pursuant to the Court's ruling simultaneously entered on this date, final judgment is hereby entered in favor of Defendant and against Plaintiffs.  Each party shall bear its own costs.  IT IS SO ORDERED.

Date:_____07/16/2008_____

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Matthew D. Bruno
KIGHTLINGER & GRAY
mbruno@k-glaw.com

Laura M. Clouser
120 South West Street
Tipton, IN 46072

Kenneth J. Falk
ACLU OF INDIANA
kfalk@aclu-in.org

Robert M. Kelso
KIGHTLINGER & GRAY
rkelso@k-glaw.com

Gavin Minor Rose
ACLU OF INDIANA
grose@aclu-in.org